Case: 1:26-mj-000167
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 9/25/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On Tuesday, September 22, 2026, at approximately 1125 hours, members of the Capital Area Regional Fugitive Task Force ("CARFTF") were executing an arrest warrant for Delonte Gregory Parker ("PARKER"), [redacted][1] out of [redacted] County, at the Dorchester West apartment complex located at 2425 17th Street Northwest in Washington, D.C.

At approximately 1125 hours, CARFTF members conducted a knock and announce at unit [redacted] of the Dorchester West apartment complex. At that time, CARFTF Detective Juan Lozano was positioned on the rooftop patio and was observing the balcony of unit [redacted]. Shortly after the knock, Detective Lozano observed PARKER step out to the balcony and toss a pistol onto the roof above the apartment building. Detective Lozano then observed PARKER go back inside the apartment and step back out onto the balcony and toss a rifle onto the roof of the apartment building.



***Figure 1. Photograph of Unit [redacted] Balcony (Circled) and Rifle (Circled).***

[1] The arrest warrant alleges that, [redacted].

Upon entering unit [redacted], law enforcement found four individuals inside: PARKER, an older male, an adult female, and a male child. PARKER was stopped and positively identified by word of mouth and Maryland identification card as Delonte Gregory Parker, the target of the arrest warrant, and Detective Lozano recognized PARKER as the individual who had tossed the two firearms onto the roof from the balcony of unit [redacted].

Law enforcement responded to the roof of the apartment complex and observed two firearms and loose ammunition.



***Figure 2. Photograph of Firearms on the Roof of the Dorchester West apartment complex (Circled).***

Law enforcement remained with the firearm and ammunition until members of the Department of Forensic Sciences ("DFS") responded to the scene. A DFS forensic scientist recovered one 5.56 caliber rifle. The make and model of the rifle was unknown, and no serial number was visible. The rifle was loaded with 1 round in the chamber and 28 rounds in a 30-round capacity magazine.



***Figure 3. Photograph of the 5.56 Caliber Rifle and Magazine.***

The rifle appeared to be fully functional, able to expel a projectile by means of explosive action, has a barrel length greater than twelve inches, and has the ability to be fired by the use of two hands.

A DFS forensic scientist also recovered one Glock 27, 40 caliber semi-automatic handgun bearing serial number DKW820US. The handgun was loaded with 1 round in the chamber and 6 rounds in a 31-round capacity magazine. Law enforcement also recovered 24 rounds of loose 9mm ammunition from the roof.[2] The handgun appeared to be fully functional, is designed to expel a projectile by the action of an explosive, has a barrel length of less than twelve inches and is capable of being fired by the use of a single hand.

[2] In prior filings in District of Columbia Superior Court case number 2026 CF2 014987 and search warrant number [redacted], the affiant stated that law enforcement recovered *26 rounds* of loose 9mm ammunition. Upon further investigation, the affiant determined that law enforcement recovered *24 rounds* of loose 9mm ammunition.



***Figure 4. Photograph of the Glock 27, Magazine, and Loose Ammunition.***

Both of the recovered magazines are capable of holding more than 10 rounds of ammunition, qualifying the magazines as large capacity ammunition feeding devices.

A search of PARKER's criminal history revealed that, prior to September 22, 2026, PARKER had been previously convicted of a crime punishable by imprisonment for a term exceeding one-year. Specifically, in 2017, PARKER was convicted in the United States District Court for the District of Maryland case number 15-cr-454 of Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances in violation of 21 U.S.C § 846 and Unlawful Possession of Firearm or Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year in violation of 18 U.S.C. § 922(g)(1) and sentenced to 90 months for each count. Additionally, PARKER was convicted in 2014 in Prince George's County, Maryland case number CJ134316 of Assault-Second Degree and sentenced to 3 years confinement with 2 years, 11 months, and 5 days suspended.

Your affiant is not aware of any firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above as possessed by PARKER necessarily traveled in interstate commerce before it was recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge DELONTE GREGORY PARKER with a violation of 18 U.S.C. § 922(g)(1) (**Unlawful Possession of Firearm or Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).**

Elthson Torres
Police Officer
Metropolitan Police Department

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on September 25, 2026.

THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE